IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE WILLIAMS,, | ) | 1:05-CV-1376 REC SMS P |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| K. CANNON, | ) | |
| Defendant. | ) | (Docs. 2 and 4) |
| | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2005, plaintiff to submitted an application to proceed in forma pauperis. On November 28, 2005, plaintiff submitted a second application to proceed in forma pauperis. However, neither application included the required original signature by an authorized officer of the institution of incarceration or a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915.

///

Plaintiff will be provided an opportunity to (1) submit a new, completed application to proceed in forma pauperis and a certified copy of his trust account statement, **or** (2) pay the $250.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and two copies of this order. Plaintiff is to provide one copy of this order to the prison trust office.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    December 9, 2005**                             /s/ Sandra M. Snyder
i0d3h8                                                                UNITED STATES MAGISTRATE JUDGE