UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>          Plaintiff,<br><br>vs.<br><br>K. CANNON,<br><br>          Defendant.<br>_____/ | 1:05-cv-01376-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND ORDERING PLAINTIFF TO PAY $250.00 FILING FEE IN FULL WITHIN FIFTEEN DAYS** |

    Plaintiff Lonnie Williams ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 5, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen (15) days.  To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 5, 2006, is ADOPTED IN FULL;
2. Plaintiff is DENIED leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(g);
3. Plaintiff shall submit the $250.00 filing fee in full within fifteen (15) days from the date of service of this order; and
4. If plaintiff fails to pay the $250.00 filing fee in full within fifteen days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated: January 27, 2006**             /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE