UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. CANNON,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:05-CV-01376-REC-SMS-P<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE $250.00 FILING FEE WITHIN FIFTEEN DAYS<br><br>(Doc. 10) |

　　Plaintiff Lonnie Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 1, 2005, and sought leave to proceed in forma pauperis. On January 30, 2006, pursuant to 28 U.S.C. § 1915(g), the Court issued an order denying Plaintiff's leave to proceed in forma pauperis, and requiring Plaintiff to pay the $250.00 filing fee in full within fifteen days. Plaintiff was warned that if he did not pay the $250.00 filing fee in full within fifteen days, this action would be dismissed.

　　More than fifteen days have passed and Plaintiff has not paid the $250.00 filing fee. Accordingly, this action is HEREBY DISMISSED, without prejudice.

　　IT IS SO ORDERED.

Dated:　**February 21, 2006**　　　　　　　　　　　/s/ Robert E. Coyle
668554　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1